381 A.2d 910

Marshall v. United Pentecostal Church, Inc., Appellant.

Argued September 16, 1977. Robert C. Rowe, with

him Spitler, Rowe and Kilgore, for appellant; William J. Peters, with him David S. Kohn, for appellee.

Judgment affirmed.